

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-7-2006

# USA v. Grier

Precedential or Non-Precedential: Precedential

Docket No. 05-1698

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

## Recommended Citation

"USA v. Grier" (2006). *2006 Decisions.* Paper 670.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/670

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 05-1698

_____

UNITED STATES OF AMERICA

v.

SEAN MICHAEL GRIER,
                    Appellant

_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
D.C. Criminal No. 03-cr-00284
(Honorable Sylvia H. Rambo)

_____

Present:  SCIRICA, Chief Judge,
SLOVITER, McKEE, RENDELL, BARRY, AMBRO, FUENTES,
SMITH, FISHER, VAN ANTWERPEN, and CHAGARES, Circuit Judges

**O R D E R**

A majority of the active judges having voted for rehearing *en banc* in the above appeal, it is ordered that the petition for rehearing is GRANTED.  The Clerk of this Court shall list the case for rehearing *en banc* at the convenience of the Court.  The opinion and judgment entered June 7, 2006 and June 6, 2006, respectively are hereby vacated.

BY THE COURT,

/s/ Anthony J. Scirica
Chief Judge

DATED: July 19, 2006

CMD/cc: Ronald A. Krauss, Esq.
Christian A. Fisanick, Esq.
Kimberly A. Kelly, Esq.
Eric Pfisterer, Esq.
Theodore B. Smith III, Esq.